# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JOHN FREDERICK BOUGHTON

**WARRANT FOR ARREST**

CASE NUMBER: 09-142-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____John Frederick Boughton____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

possession of child pornography

**FILED**

MAR 1 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __§ 2252A__.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_[signature]_

Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

MAR 1 0 2009    District of Columbia

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED  3/12/09 | NAME AND TITLE OF ~~ARRESTING~~ Receiving OFFICER  DUSM Julie Carrillo | SIGNATURE OF ~~ARRESTING~~ Receiving OFFICER  Julie Carrillo |
|---|---|---|
| DATE OF ARREST  3/12/09 | | |