UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | **Criminal No.: 1:09-142-M-01** |
| | : | |
| | : | |
| **JOHN BOUGHTON** | : | |

NOTICE OF APPEARANCE

Please note attorney Jon W. Norris as retained counsel of record in the above captioned matter. Counsel is in good standing with the District of Columbia Bar.

Respectfully Submitted,

/s/
**Jon W. Norris** (Bar # 426105)
LAW OFFICES OF JON NORRIS
The Webster Building
503 D Street, N.W.
Suite 250
Washington, DC 20001
202 371-0300
202 842-2627 fax.